EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN JOHNSON** | § | CIVIL ACTION NO. |
| | § | |
| *Plaintiff,* | § | |
| | § | DISTRICT JUDGE |
| VS. | § | |
| | § | |
| **NOBLE DRILLING (US), LLC,** | § | MAGISTRATE |
| **ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

## CONSENT TO NOTICE OF REMOVAL

Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services, LLC (f/k/a Noble Drilling Services, Inc.), Noble Corporation, and Noble Drilling Holding, LLC., without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby give notice that they consent to and join in the Notice of Removal filed by Defendants Shell Offshore Inc. and Shell Oil Company.

Dated: September 7, 2022

Respectfully submitted,

*/s/ Timothy W. Strickland*
*ATTORNEY-IN-CHARGE*
TIMOTHY W. STRICKLAND
TX State Bar No. 19396298
Federal ID: 13820
STACEY T. NORSTRUD
TX State Bar No. 24025363
Federal ID:32013
**KEAN MILLER LLP**
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000

                                                                                        Facsimile: (713) 844-3030
Tim.Strickland@keanmiller.com
Stacey.Norstrud@keanmiller.com

OF COUNSEL:

**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232
Facsimile: (888) 781-0162
Robert.Kallam@keanmiller.com
Taylor.Ashworth@keanmiller.com

**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Brad.Schloterrer@keanmiller.com
Sean.McLaughlin@keanmiller.com
*Attorneys for Noble Drilling (U.S.), LLC and Noble Drilling Services, LLC (f/k/a Noble Drilling Services, Inc.), Noble Corporation, and Noble Drilling Holding, LLC*