

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN JOHNSON** | § | **CIVIL ACTION NO.** |
| | § | |
| *Plaintiff,* | § | |
| | § | **DISTRICT JUDGE** |
| VS. | § | |
| | § | |
| **NOBLE DRILLING (US), LLC,** | § | **MAGISTRATE** |
| **ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

## LIST OF COUNSEL OF RECORD

I.  **Attorneys for Plaintiff:**

   Colin G. Wood
   Jason J. Joy & Associates, P.L.L.C.
   909 Texas Street, Suite 1801
   Houston, Texas 77002
   Telephone: (713) 221-6500
   Email: colin@jasonjoylaw.com

II. **Attorneys for Defendants:**

   Michael A. Golemi (Fed. ID No. 559843, TX Bar No. 24047536)
   Jody M. Schisel-Meslin (Fed. ID No. 3356221, State Bar No. 24110336)
   Kendall M. Dicke (Fed. ID No. 3738787, TX Bar No. 24126005)
   LISKOW & LEWIS APLC
   1001 Fannin Street, Suite 1800
   Houston, Texas 77002
   Telephone: (713) 651-2900
   Facsimile: (713) 651-2908
   E-mail: magolemi@liskow.com
   Email: schisjo@liskow.com
   E-mail: kmdicke@liskow.com

   ***Attorneys for Shell Oil Company and Shell Offshore Inc.***

-2-

Robert M. Kallam (TX #24034175, LA #20242)
KEAN MILLER LP
600 Jefferson Street, Ste. 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

Timothy W. Strickland (Fed. ID No. 13820, TX #19396298)
Stacey T. Norstrud (Fed. ID No. 32013, TX # 24025363)
Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000

***Attorneys for Noble Drilling (U.S.), LLC,
Noble Drilling Services, Inc., Noble
Corporation, and Noble Drilling Holding, LLC***