UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN JOHNSON** | § | CIVIL ACTION NO. |
| | § | |
| *Plaintiff,* | § | |
| | § | DISTRICT JUDGE |
| VS. | § | |
| | § | |
| **NOBLE DRILLING (US), LLC,** | § | MAGISTRATE |
| **ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

## **INDEX OF STATE COURT DOCUMENTS**

| Document | Date |
|---|---|
| Plaintiff's Original Petition and Request for Disclosure (Exh. B pp. 8-17) | 8-10-2022 |
| Service of Process on Shell Offshore Inc. (Exh. A pp. 1-13) | 9-1-2022 |
| Service of Process on Shell Oil Company. (Exh. A pp. 14-27) | 9-1-2022 |
| Return of Service for Shell Offshore Inc. (Exh. B p. 7) | 9-4-2022 |
| Return of Service for Noble Corporation (Exh. B p. 6) | 9-4-2022 |
| Return of Service for Noble Drilling Services Inc. (Exh. B p. 5) | 9-4-2022 |
| Return of Service for Shell Oil Company (Exh. B. p. 4) | 9-4-2022 |
| Return of Service for Noble Drilling (US) LLC (Exh. B p. 3) | 9-7-2022 |
| Affidavit of Service for Noble Drilling Holding LLC (Exh. B p. 2) | 9-8-2022 |
| Docket Sheet (Exh. B p. 1) | 9-9-2022 |