UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN JOHNSON** | § | CIVIL ACTION NO. 4:22-cv-03081 |
| | § | |
| *Plaintiff,* | § | |
| | § | DISTRICT JUDGE |
| VS. | § | |
| | § | |
| **NOBLE DRILLING (US), LLC,** | § | MAGISTRATE |
| **ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF STAY OF PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel comes Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services, LLC (f/k/a Noble Drilling Services, Inc.), Noble Corporation, and Noble Drilling Holding, LLC who hereby provide notice to this Court and to all counsel of record that the above captioned action is to be stayed in accordance with the Order Approving Limitation Petitioners' Security, Directing Issuance of Notice to Claimants and Restraining Prosecution of Claims, signed on March 4, 2022, in the case captioned *In the Matter of Bully 1 (Switzerland) GMBH, as owner, and Noble Drilling (U.S.) LLC, as Owner Pro Hac Vice, of the Globetrotter II*; No. 22-566 pending before the United States District Court for the Western District of Louisiana.

A copy of the aforementioned Order is attached as Exhibit "A."

Respectfully submitted,

KEAN MILLER, LLP

*/s/ Timothy W. Strickland*
*ATTORNEY-IN-CHARGE*
TIMOTHY W. STRICKLAND
TX State Bar No. 19396298
Federal ID: 13820
STACEY T. NORSTRUD
TX State Bar No. 24025363
Federal ID:32013
**KEAN MILLER LLP**
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000
Facsimile: (713) 844-3030
Tim.Strickland@keanmiller.com
Stacey.Norstrud@keanmiller.com

OF COUNSEL:
**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232
Facsimile: (888) 781-0162
Robert.Kallam@keanmiller.com
Taylor.Ashworth@keanmiller.com

**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Brad.Schloterrer@keanmiller.com
Sean.McLaughlin@keanmiller.com
*Attorneys for Noble Drilling (U.S.), LLC and*
*Noble Drilling Services, LLC (f/k/a Noble*
*Drilling Services, Inc.), Noble Corporation,*
*and Noble Drilling Holding, LLC*

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by electronic transmission on the 16th day of September, 2022.

                                      */s/ Timothy W. Strickland*
                                      Timothy W. Strickland