United States District Court
Southern District of Texas
**ENTERED**
September 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Johnson, | § | |
| Plaintiff, | § § | |
| V | § | CIVIL ACTION: H-22-3081 |
| Noble Drilling (US), LLC, et al, | § § § | |
| Defendant. | § § | |

**O R D E R**

IT IS HEREBY

ORDERED that the above captioned case is STAYED and administratively closed pending the order issued on March 4, 2022 in the case captioned *In the Matter of Bully I (Switzerland) GMBH, as owner, and Noble Drilling (U.S.) LLC, as Owner Pro Hac Vice of the Globetrotter II;* No. 22-566 pending before the United Sates District Court for the Western District of Louisiana. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___19___ day of September, 2022.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE